UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LORI SOWASH, and DOUG SOWASH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO. 2:04cv418 PPS |
| | ) |
| STATE FARM INSURANCE COMPANIES, STATE FARM AUTOMOBILE INSURANCE COMPANY and STATE FARM MUTUAL INSURANCE COMPANY OF BLOOMINGTON, ILLINOIS, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice [Doc. 17]. The Court being fully advised in the premises hereby **ORDERS** that:

The Plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

ENTERED: October 6, 2005

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT